**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Katherine Doyle
In Proper Person
P. O. Box 531
Pine Prairie LA 70576

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 8, 2023

**REHEARING ACTION: November 8, 2023**

**Docket Number: 23   00580-JWC**

**STATE OF LOUISIANA**
**IN THE INTEREST**
**OF R. L.**

**Writ Application from Evangeline Parish Case No. J-8907**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. D. Kent Savoie**
   **Hon. Van H. Kyzar**
   **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Katherine Doyle** has this day been

   **DENIED.**

cc: Leah Antoinette Beard, Counsel for  the Respondent
   Chantel Conrad, Counsel for  the Respondent
   Michael Doyle, Counsel for the Applicant